UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK

MAY - 6 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**MARK FOSTER, JR.**
(Counts 1-8, 10-12, 14-17, 20-22, 25-27, 30, 31, 36-38, 41-44)
**DEVANTE RICE**
(Counts 9, 13, 18, 19, 23, 24, 28, 29, 32-35, 39, 40, 45)

INDICTMENT

NO. 3:25 CR 83 CHB

18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(c)(1)(B)(ii)
18 U.S.C. § 924(d)
18 U.S.C. § 933(a)(1)
18 U.S.C. § 933(b)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853
26 U.S.C. § 5841
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
26 U.S.C. § 5872
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
*(Distribution of Controlled Substances)*

On or about October 29, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly and intentionally distributed 50 grams or more of methamphetamine, and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," Schedule II controlled substances as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and (b)(1)(B).

The Grand Jury further charges:

## COUNT 2
*(Distribution of Fentanyl)*

On or about November 5, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

The Grand Jury further charges:

## COUNT 3
*(Possession of a Firearm by a Prohibited Person)*

On or about November 5, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly possessed, in and affecting commerce, a Smith & Wesson, model Governor, .45 caliber revolver, bearing serial number DJT7466, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 30, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-3165, **MARK FOSTER, JR.**, was convicted of the offenses of Receiving Stolen Property (Firearm), and Illegal Possession of a Controlled Substance in the First Degree, Heroin; and

> On or about June 15, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-0737, **MARK FOSTER, JR.**, was convicted of the offenses of Complicity to Trafficking in a Controlled Substance in the First Degree, Opioids; Complicity to Trafficking in a Controlled Substance in the First Degree, Methamphetamine; Possession of a Handgun by a Convicted Felon; and Tampering with Physical Evidence.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

COUNT 4
*(Distribution of Controlled Substances)*

On or about November 19, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812, and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and (b)(1)(C).

The Grand Jury further charges:

COUNT 5
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about November 19, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

COUNT 6
*(Distribution of Fentanyl)*

On or about November 20, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

The Grand Jury further charges:

COUNT 7

*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about November 20, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

COUNT 8

*(Possession of a Firearm by a Prohibited Person)*

On or about November 20, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly possessed, in and affecting commerce, a Glock, model 17, 9 millimeter pistol, bearing serial number LB490, and a Taurus, model G2c, 9 millimeter pistol, bearing serial number TMS50575, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 30, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-3165, **MARK FOSTER, JR.**, was convicted of the offenses of Receiving Stolen Property (Firearm), and Illegal Possession of a Controlled Substance in the First Degree, Heroin; and

On or about June 15, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-0737, **MARK FOSTER, JR.**, was convicted of the offenses of Complicity to Trafficking in a Controlled Substance in the First Degree, Opioids; Complicity to Trafficking in a Controlled Substance in the First Degree, Methamphetamine; Possession of a Handgun by a Convicted Felon; and Tampering with Physical Evidence.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 9
### *(Possession of a Firearm by a Prohibited Person)*

On or about November 22, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, knowingly possessed, in and affecting commerce, an FN, model 509, 9 millimeter pistol, bearing serial number GKS0098548; an Anderson Manufacturing, model AM-15, multi-caliber rifle, bearing serial number 19273280; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about January 10, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-2145, **DEVANTE RICE**, was convicted of the offenses of Burglary in the Second Degree, and Receiving Stolen Property over $500;

On or about April 30, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-1452, **DEVANTE RICE**, was convicted of the offense of Possession of a Handgun by a Convicted Felon; and

On or about August 8, 2023, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 22-CR-0770, **DEVANTE RICE**, was convicted of the offenses of Complicity to Possession of a Handgun by a Convicted Felon; Theft by Unlawful Taking – Firearm (two counts); and Theft by Unlawful Taking over $500 but Under $10,000.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 10
*(Distribution of Fentanyl)*

On or about December 2, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

The Grand Jury further charges:

## COUNT 11
*(Firearms Trafficking)*

Beginning on or about December 2, 2024 and continuing to on or about April 7, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm:

| DATE | FIREARM |
|---|---|
| December 2, 2024 | (a) a Glock, model 19x, 9 millimeter pistol, bearing serial number BYNB520;<br>(b) a Glock, model 19x, 9 millimeter pistol, bearing serial number CBGB384 |
| December 16, 2024 | (a) a Sig Sauer, model P320, 9 millimeter pistol, bearing serial number 58H076852 |
| January 30, 2025 | (a) a Glock, model 17, 9 millimeter pistol, bearing serial number BFRB410;<br>(b) a Glock, model 48, 9 millimeter pistol, bearing serial number BKYU597 |
| February 3, 2025 | (a) a Smith & Wesson, model SW40VE, 40 caliber pistol, bearing serial number DTT9267;<br>(b) a Smith & Wesson, model M&P, 9 millimeter pistol, bearing serial number HYZ0228 |
| February 14, 2025 | (a) a Glock, model 48, 9 millimeter pistol, bearing serial number BKMV144 |

| March 20, 2025 | (a) an Anderson Manufacturing, model AM-15, multi-caliber rifle, bearing serial number 18176785 |
| April 7, 2025 | (a) a Tisas, model PX-5.7, 5.7 caliber pistol, bearing serial number T0620-24DJ06300 |

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the person would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1) and (b).

The Grand Jury further charges:

<u>COUNT 12</u>
*(Possession of a Firearm by a Prohibited Person)*

On or about December 2, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly possessed, in and affecting commerce, a Glock, model 19x, 9 millimeter pistol, bearing serial number BYNB520; and a Glock, model 19x, 9 millimeter pistol, bearing serial number CBGB384, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about March 30, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-3165, **MARK FOSTER, JR.**, was convicted of the offenses of Receiving Stolen Property (Firearm), and Illegal Possession of a Controlled Substance in the First Degree, Heroin; and

On or about June 15, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-0737, **MARK FOSTER, JR.**, was convicted of the offenses of Complicity to Trafficking in a Controlled Substance in the First Degree, Opioids; Complicity to Trafficking in a Controlled Substance in the First Degree, Methamphetamine; Possession of a Handgun by a Convicted Felon; and Tampering with Physical Evidence.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 13
*(Possession of a Firearm by a Prohibited Person)*

On or about December 9, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, knowingly possessed, in and affecting commerce, a Glock, model 19, 9 millimeter pistol, bearing serial number ABTL244; and a Glock, model 43, 9 millimeter pistol, bearing serial number BBAP626, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about January 10, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-2145, **DEVANTE RICE**, was convicted of the offenses of Burglary in the Second Degree, and Receiving Stolen Property over $500;

> On or about April 30, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-1452, **DEVANTE RICE**, was convicted of the offense of Possession of a Handgun by a Convicted Felon; and

> On or about August 8, 2023, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 22-CR-0770, **DEVANTE RICE**, was convicted of the offenses of Complicity to Possession of a Handgun by a Convicted Felon; Theft by Unlawful Taking – Firearm (two counts); and Theft by Unlawful Taking over $500 but Under $10,000.

> In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 14
*(Distribution of Fentanyl)*

On or about December 16, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

The Grand Jury further charges:

## COUNT 15
*(Possession of a Firearm by a Prohibited Person)*

On or about December 16, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly possessed, in and affecting commerce, a Sig Sauer, model P320, 9 millimeter pistol, bearing serial number 58H076852, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about March 30, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-3165, **MARK FOSTER, JR.**, was convicted of the offenses of Receiving Stolen Property (Firearm), and Illegal Possession of a Controlled Substance in the First Degree, Heroin; and

On or about June 15, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-0737, **MARK FOSTER, JR.**, was convicted of the offenses of Complicity to Trafficking in a Controlled Substance in the First Degree, Opioids; Complicity to Trafficking in a Controlled Substance in the First Degree, Methamphetamine; Possession of a Handgun by a Convicted Felon; and Tampering with Physical Evidence.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 16
*(Distribution of Fentanyl)*

On or about January 14, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly and intentionally distributed 40

grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

The Grand Jury further charges:

## COUNT 17
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about January 14, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 18
*(Possession of a Firearm by a Prohibited Person)*

On or about January 14, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, knowingly possessed, in and affecting commerce, a Glock, model 43, 9 millimeter pistol, bearing serial number ADER051; a Sig Sauer, model P320, 9 millimeter pistol, bearing serial number M18A101018; a Smith & Wesson, model M&P 40 Shield, .40 caliber pistol, bearing serial number HAW4620; a Stoeger, model STR-9C, 9 millimeter pistol, bearing serial number T6429-21S20675; a Taurus, model G3c, 9 millimeter pistol, bearing serial number ACH140097; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about January 10, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-2145, **DEVANTE RICE**, was convicted of the offenses of Burglary in the Second Degree, and Receiving Stolen Property over $500;

On or about April 30, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-1452, **DEVANTE RICE**, was convicted of the offense of Possession of a Handgun by a Convicted Felon; and

On or about August 8, 2023, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 22-CR-0770, **DEVANTE RICE**, was convicted of the offenses of Complicity to Possession of a Handgun by a Convicted Felon; Theft by Unlawful Taking – Firearm (two counts); and Theft by Unlawful Taking over $500 but Under $10,000.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

COUNT 19
*(Possession of a Firearm by a Prohibited Person)*

On or about January 16, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, knowingly possessed, in and affecting commerce, a Glock, model 17, 9 millimeter pistol, bearing serial number AFSY273; and a Glock, model 19, 9 millimeter pistol, bearing serial number CBVA953, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about January 10, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-2145, **DEVANTE RICE**, was convicted of the offenses of Burglary in the Second Degree, and Receiving Stolen Property over $500;

On or about April 30, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-1452, **DEVANTE RICE**, was convicted of the offense of Possession of a Handgun by a Convicted Felon; and

On or about August 8, 2023, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 22-CR-0770, **DEVANTE RICE**, was convicted of the offenses of Complicity to Possession of a Handgun by a Convicted Felon; Theft by Unlawful Taking – Firearm (two counts); and Theft by Unlawful Taking over $500 but Under $10,000.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

COUNT 20
*(Distribution of Fentanyl)*

On or about January 30, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.,** knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] 12ropenamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

The Grand Jury further charges:

COUNT 21
*(Possession of a Firearm by a Prohibited Person)*

On or about January 30, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.,** knowingly possessed, in and affecting commerce, a Glock, model 17, 9 millimeter pistol, bearing serial number BFRB410; a Glock, model 48, 9 millimeter pistol, bearing serial number BKYU597, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about March 30, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-3165, **MARK FOSTER, JR.**, was convicted of the offenses of Receiving Stolen Property (Firearm), and Illegal Possession of a Controlled Substance in the First Degree, Heroin; and

On or about June 15, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-0737, **MARK FOSTER, JR.**, was convicted of the offenses of Complicity to Trafficking in a Controlled Substance in the First Degree, Opioids; Complicity to Trafficking in a Controlled Substance in the First Degree, Methamphetamine; Possession of a Handgun by a Convicted Felon; and Tampering with Physical Evidence.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

COUNT 22

*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about January 30, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

COUNT 23

*(Possession of a Firearm by a Prohibited Person)*

On or about February 3, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, knowingly possessed, in and affecting commerce, a Smith & Wesson, model SW40VE, .40 caliber pistol, bearing serial number DTT9267; and a Smith & Wesson, model M&P 9 Shield, 9 millimeter pistol, bearing serial number HYZ0228, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about January 10, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-2145, **DEVANTE RICE**, was convicted of the offenses of Burglary in the Second Degree, and Receiving Stolen Property over $500;

On or about April 30, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-1452, **DEVANTE RICE**, was convicted of the offense of Possession of a Handgun by a Convicted Felon; and

On or about August 8, 2023, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 22-CR-0770, **DEVANTE RICE**, was convicted of the offenses of Complicity to Possession of a Handgun by a Convicted Felon; Theft by Unlawful Taking – Firearm (two counts); and Theft by Unlawful Taking over $500 but Under $10,000.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).


The Grand Jury further charges:

COUNT 24
*(Possession of a Firearm by a Prohibited Person)*

On or about February 10, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, knowingly possessed, in and affecting commerce, an HS Produkt, model Hellcat, 9 millimeter pistol, bearing serial number BB192565; an HS Produkt, model XDM, .40 caliber pistol, bearing serial number MG289701; a Taurus, model PT111 Millennium G2, 9 millimeter pistol, bearing serial number TKU30350; a Glock, model 43X, 9 millimeter pistol, bearing serial number BTGC189; a Smith & Wesson, model 42, .38 caliber revolver, bearing serial number 16362; a Smith & Wesson, model SW40VE, .40 caliber pistol, bearing serial number DXA0101; a Taurus, model GX4, 9 millimeter pistol, bearing serial number 1GA73760; a Smith & Wesson, model M&P 45 Shield, .45 caliber pistol, bearing serial number HUB5601; a Ruger, Model LCP II, .380 caliber pistol, bearing serial number 380609706, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about January 10, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-2145, **DEVANTE RICE**, was convicted of the offenses of Burglary in the Second Degree, and Receiving Stolen Property over $500;

On or about April 30, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-1452, **DEVANTE RICE**, was convicted of the offense of Possession of a Handgun by a Convicted Felon; and

On or about August 8, 2023, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 22-CR-0770, **DEVANTE RICE**, was convicted of the offenses of Complicity to Possession of a Handgun by a Convicted Felon; Theft by Unlawful Taking – Firearm (two counts); and Theft by Unlawful Taking over $500 but Under $10,000.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

COUNT 25
*(Distribution of Fentanyl)*

On or about February 14, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

The Grand Jury further charges:

COUNT 26
*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about February 14, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly possessed a firearm in furtherance

of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

COUNT 27

*(Possession of a Firearm by a Prohibited Person)*

On or about February 14, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.,** knowingly possessed, in and affecting commerce, a Glock, model 48, 9 millimeter pistol, bearing serial number BKMV144, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 30, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-3165, **MARK FOSTER, JR.,** was convicted of the offenses of Receiving Stolen Property (Firearm), and Illegal Possession of a Controlled Substance in the First Degree, Heroin; and

> On or about June 15, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-0737, **MARK FOSTER, JR.,** was convicted of the offenses of Complicity to Trafficking in a Controlled Substance in the First Degree, Opioids; Complicity to Trafficking in a Controlled Substance in the First Degree, Methamphetamine; Possession of a Handgun by a Convicted Felon; and Tampering with Physical Evidence.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

COUNT 28

*(Possession of a Firearm by a Prohibited Person)*

On or about February 24, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, knowingly possessed, in and affecting commerce, a Glock, model 26, 9 millimeter pistol, bearing serial number VCZ160; a Taurus, model G2C, 9

millimeter pistol, bearing serial number TMW76065, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about January 10, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-2145, **DEVANTE RICE**, was convicted of the offenses of Burglary in the Second Degree, and Receiving Stolen Property over $500;

> On or about April 30, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-1452, **DEVANTE RICE**, was convicted of the offense of Possession of a Handgun by a Convicted Felon; and

> On or about August 8, 2023, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 22-CR-0770, **DEVANTE RICE**, was convicted of the offenses of Complicity to Possession of a Handgun by a Convicted Felon; Theft by Unlawful Taking – Firearm (two counts); and Theft by Unlawful Taking over $500 but Under $10,000.

> In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 29
### (*Firearms Trafficking*)

Beginning on or about February 24, 2025, and continuing to on or about April 7, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm:

| DATE | FIREARM |
|---|---|
| February 24, 2025 | (a) a Glock, model 26, 9 millimeter pistol, bearing serial number VCZ160;<br>(b) a Taurus, model G2C, 9 millimeter pistol, bearing serial number TMW76065 |

| | |
|---|---|
| March 10, 2025 | (a) a Smith & Wesson, model M&P 9 Shield, 9 millimeter pistol, bearing serial number JBV9885;<br>(b) an FN, model 509, 9 millimeter pistol, bearing serial number GKS0185799;<br>(c) a Glock, model 19X, 9 millimeter pistol, bearing serial number BURM452;<br>(d) a Stoeger, model STR-9, 9 millimeter pistol, bearing serial number T6429-21U12019;<br>(e) an HS Produkt, model XD9, 9 millimeter pistol, bearing serial number BA150108;<br>(f) an HS Produkt, model XDS, 9 millimeter pistol, bearing serial number BB295666;<br>(g) a Taurus, model G2c, 9 millimeter pistol, bearing serial number TMA69477 |
| March 11, 2025 | (a) a Rock River Arms Inc., model LAR 15, 5.56 caliber short barrel rifle, bearing serial number AP127614 |
| March 25, 2025 | (a) a Bersa, model BAR9, 9 millimeter pistol, bearing serial number ABA0430;<br>(b) an HS Produkt, model XDE, .45 caliber pistol, bearing serial number HE111742;<br>(c) a Smith & Wesson, model M&P 9 Shield, 9 millimeter pistol, bearing serial number NKC2123 |
| April 1, 2025 | (a) a Just Right Carbines, model J R Carbine, 9 millimeter rifle, bearing serial number JRCV096428;<br>(b) a Chiappa Firearms LTD, model 1911-22, .22 caliber pistol, bearing serial number 13G05528;<br>(c) a Ruger, model LCP, .380 caliber pistol, bearing serial number 371034778;<br>(d) a Glock, model 43, 9 millimeter pistol, bearing serial number BHYN001;<br>(e) a Taurus, model 85, .38 special revolver, bearing serial number IW73012;<br>(f) a Taurus, model PT111 G2c, 9 millimeter pistol, bearing serial number ADB015371;<br>(g) an HS Produkt, model XD9, 9 millimeter pistol, bearing serial number BB518774 |
| April 7, 2025 | (h) a Glock, model 17, 9 millimeter pistol, bearing serial number BUAK012;<br>(i) a Glock, model 48, 9 millimeter pistol, bearing serial number BWDW354;<br>(j) a Smith & Wesson, model M&P 380 Shield, .380 caliber pistol, bearing serial number NMX5564;<br>(k) a Derya, model DY9, 9 millimeter pistol, bearing serial number TG970-24L21979;<br>(l) a Glock, model 19, 9 millimeter pistol, bearing serial number BSXD429;<br>(m) a Smith & Wesson, model M&P 9C, 9 millimeter pistol, bearing serial number HZR2303; |

| | (n) a Ruger, model P95, 9 millimeter pistol, bearing serial number 317-62932; |
| | (o) a Glock, model 43X, 9 millimeter pistol, bearing serial number CEFN564; |
| | (p) an FN, model 509, 9 millimeter pistol, bearing serial number GKS0262328 |

to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the person would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1) and (b).

The Grand Jury further charges:

COUNT 30
*(Distribution of Fentanyl)*

On or about March 6, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly and intentionally distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(B).

The Grand Jury further charges:

COUNT 31
*(Possession of a Firearm by a Prohibited Person)*

On or about March 6, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly possessed, in and affecting commerce, a Glock, model 23, .40 caliber pistol, bearing serial number FHG482, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about March 30, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-3165, **MARK FOSTER, JR.**, was convicted of the offenses of Receiving Stolen Property (Firearm), and Illegal Possession of a Controlled Substance in the First Degree, Heroin; and

On or about June 15, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-0737, **MARK FOSTER, JR.**, was convicted of the offenses of Complicity to Trafficking in a Controlled Substance in the First Degree, Opioids; Complicity to Trafficking in a Controlled Substance in the First Degree, Methamphetamine; Possession of a Handgun by a Convicted Felon; and Tampering with Physical Evidence.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

COUNT 32
*(Possession of a Firearm by a Prohibited Person)*

On or about March 10, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, knowingly possessed, in and affecting commerce, a Smith & Wesson, model M&P 9 Shield, 9 millimeter pistol, bearing serial number JBV9885; an FN, model 509, 9 millimeter pistol, bearing serial number GKS0185799; a Glock, model 19X, 9 millimeter pistol, bearing serial number BURM452; a Stoeger, model STR-9, 9 millimeter pistol, bearing serial number T6429-21U12019; an HS Produkt, model XD9, 9 millimeter pistol, bearing serial number BA150108; an HS Produkt, model XDS, 9 millimeter pistol, bearing serial number BB295666; a Taurus, model G2c, 9 millimeter pistol, bearing serial number TMA69477; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about January 10, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-2145, **DEVANTE RICE**, was convicted of the offenses of Burglary in the Second Degree, and Receiving Stolen Property over $500;

On or about April 30, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-1452, **DEVANTE RICE**, was convicted of the offense of Possession of a Handgun by a Convicted Felon; and

On or about August 8, 2023, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 22-CR-0770, **DEVANTE RICE**, was convicted of the offenses of Complicity to Possession of a Handgun by a Convicted Felon; Theft by Unlawful Taking – Firearm (two counts); and Theft by Unlawful Taking over $500 but Under $10,000.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 33
*(Possession of a Firearm by a Prohibited Person)*

On or about March 11, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, knowingly possessed, in and affecting commerce, a Rock River Arms Inc., model LAR 15, 5.56 caliber short barrel rifle, bearing serial number AP127614; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about January 10, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-2145, **DEVANTE RICE**, was convicted of the offenses of Burglary in the Second Degree, and Receiving Stolen Property over $500;

On or about April 30, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-1452, **DEVANTE RICE**, was convicted of the offense of Possession of a Handgun by a Convicted Felon; and

On or about August 8, 2023, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 22-CR-0770, **DEVANTE RICE**, was convicted of the offenses of Complicity to Possession of a Handgun by a Convicted Felon; Theft by Unlawful Taking – Firearm (two counts); and Theft by Unlawful Taking over $500 but Under $10,000.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

COUNT 34
(*Possession of an Unregistered Firearm*)

On or about March 11, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, knowingly received and possessed a firearm, to wit: a silencer, which is a firearm as defined pursuant to Title 26, United States Code, Section 5845(a)(7), not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.


The Grand Jury further charges:

COUNT 35
(*Possession of Unregistered Firearm*)

On or about March 11, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, knowingly received and possessed a firearm, to wit: a Rock River Arms Inc., model LAR 15, 5.56 caliber short barrel rifle, bearing serial number AP127614, with a barrel measuring less than 16 inches, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.


The Grand Jury further charges:

COUNT 36
(*Distribution of Fentanyl*)

On or about March 20, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).

The Grand Jury further charges:

COUNT 37

*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about March 20, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.,** knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

COUNT 38

*(Possession of a Firearm by a Prohibited Person)*

On or about March 20, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.,** knowingly possessed, in and affecting commerce, an Anderson Manufacturing, model AM-15, multi-caliber rifle, bearing serial number 18176785, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 30, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-3165, **MARK FOSTER, JR.,** was convicted of the offenses of Receiving Stolen Property (Firearm), and Illegal Possession of a Controlled Substance in the First Degree, Heroin; and

On or about June 15, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-0737, **MARK FOSTER, JR.**, was convicted of the offenses of Complicity to Trafficking in a Controlled Substance in the First Degree, Opioids; Complicity to Trafficking in a Controlled Substance in the First Degree, Methamphetamine; Possession of a Handgun by a Convicted Felon; and Tampering with Physical Evidence.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

COUNT 39

*(Possession of a Firearm by a Prohibited Person)*

On or about March 25, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, knowingly possessed, in and affecting commerce, a Bersa, model BAR9, 9 millimeter pistol, bearing serial number ABA0430; an HS Produkt, model XDE, .45 caliber pistol, bearing serial number HE111742; a Smith & Wesson, model M&P 9 Shield, 9 millimeter pistol, bearing serial number NKC2123; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about January 10, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-2145, **DEVANTE RICE**, was convicted of the offenses of Burglary in the Second Degree, and Receiving Stolen Property over $500;

On or about April 30, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-1452, **DEVANTE RICE**, was convicted of the offense of Possession of a Handgun by a Convicted Felon; and

On or about August 8, 2023, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 22-CR-0770, **DEVANTE RICE**, was convicted of the offenses of Complicity to Possession of a Handgun by a Convicted Felon; Theft by Unlawful Taking – Firearm (two counts); and Theft by Unlawful Taking over $500 but Under $10,000.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

COUNT 40

*(Possession of a Firearm by a Prohibited Person)*

On or about April 1, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, knowingly possessed, in and affecting commerce, a Just Right Carbines, model J R Carbine, 9 millimeter rifle, bearing serial number JRCV096428; a Chiappa Firearms LTD, model 1911-22, .22 caliber pistol, bearing serial number 13G05528; a Ruger, model LCP, .380 caliber pistol, bearing serial number 371034778; a Glock, model 43, 9 millimeter pistol, bearing serial number BHYN001; a Taurus, model 85, .38 special revolver, bearing serial number IW73012; a Taurus, model PT111 G2c, 9 millimeter pistol, bearing serial number ADB015371; an HS Produkt, model XD9, 9 millimeter pistol, bearing serial number BB518774; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about January 10, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-2145, **DEVANTE RICE**, was convicted of the offenses of Burglary in the Second Degree, and Receiving Stolen Property over $500;

On or about April 30, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-1452, **DEVANTE RICE**, was convicted of the offense of Possession of a Handgun by a Convicted Felon; and

On or about August 8, 2023, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 22-CR-0770, **DEVANTE RICE**, was convicted of the offenses of Complicity to Possession of a Handgun by a Convicted Felon; Theft by Unlawful Taking – Firearm (two counts); and Theft by Unlawful Taking over $500 but Under $10,000.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 41
*(Distribution of Fentanyl)*

On or about April 7, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as "fentanyl," a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C).


The Grand Jury further charges:

## COUNT 42
*(Illegal Possession of a Machine Gun)*

On or about April 7, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, did knowingly possess a machine gun, that is, a Glock Switch, bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).


The Grand Jury further charges:

## COUNT 43
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about April 7, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, did knowingly possess a firearm, that is, a Glock Switch, bearing no serial number, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(B)(ii).

The Grand Jury further charges:

## COUNT 44
### *(Possession of a Firearm by a Prohibited Person)*

On or about April 7, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **MARK FOSTER, JR.**, knowingly possessed, in and affecting commerce, a Tisas, model PX-5.7, 5.7 caliber pistol, bearing serial number T0620-24DJ06300, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about March 30, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-3165, **MARK FOSTER, JR.**, was convicted of the offenses of Receiving Stolen Property (Firearm), and Illegal Possession of a Controlled Substance in the First Degree, Heroin; and

> On or about June 15, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-0737, **MARK FOSTER, JR.**, was convicted of the offenses of Complicity to Trafficking in a Controlled Substance in the First Degree, Opioids; Complicity to Trafficking in a Controlled Substance in the First Degree, Methamphetamine; Possession of a Handgun by a Convicted Felon; and Tampering with Physical Evidence.

> In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 45
### *(Possession of a Firearm by a Prohibited Person)*

On or about April 7, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DEVANTE RICE**, knowingly possessed, in and affecting commerce, a Glock, model 17, 9 millimeter pistol, bearing serial number BUAK012; a Glock, model 48, 9 millimeter pistol, bearing serial number BWDW354; a Smith & Wesson, model M&P 380 Shield, .380 caliber pistol, bearing serial number NMX5564; a Derya, model DY9, 9 millimeter pistol, bearing serial number TG970-24L21979; a Glock, model 19, 9 millimeter pistol, bearing serial

number BSXD429; a Smith & Wesson, model M&P 9C, 9 millimeter pistol, bearing serial number HZR2303; a Ruger, model P95, 9 millimeter pistol, bearing serial number 317-62932; a Glock, model 43X, 9 millimeter pistol, bearing serial number CEFN564; an FN, model 509, 9 millimeter pistol, bearing serial number GKS0262328; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about January 10, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-2145, **DEVANTE RICE**, was convicted of the offenses of Burglary in the Second Degree, and Receiving Stolen Property over $500;

> On or about April 30, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 18-CR-1452, **DEVANTE RICE**, was convicted of the offense of Possession of a Handgun by a Convicted Felon; and

> On or about August 8, 2023, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 22-CR-0770, **DEVANTE RICE**, was convicted of the offenses of Complicity to Possession of a Handgun by a Convicted Felon; Theft by Unlawful Taking – Firearm (two counts); and Theft by Unlawful Taking over $500 but Under $10,000.

> In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1), as specifically charged in this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **MARK FOSTER, JR.**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations (including but not limited to all firearms and ammunition).

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), 922(o), 924(a)(2), 924(a)(8), 924(c), and 933, and Title 26, United States Code, Sections 5841, 5861(d), and 5871, as specifically charged in this Indictment, the defendants, **MARK FOSTER, JR.** and **DEVANTE RICE**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Sections 5872, and Title 28, United States Code, Section 2461, all firearms, magazines, and ammunition involved in the commission of said offenses, including but not limited to: a Smith & Wesson, model Governor, .45 caliber revolver, bearing serial number DJT7466; a Glock, model 17, 9 millimeter pistol, bearing serial number LB490; a Taurus, model G2c, 9 millimeter pistol, bearing serial number TMS50575; an FN, model 509, 9 millimeter pistol, bearing serial number GKS0098548; an Anderson Manufacturing, model AM-15, multi-caliber rifle, bearing serial number 19273280; a Glock, model 19x, 9 millimeter pistol, bearing serial number BYNB520; a Glock, model 19x, 9 millimeter pistol, bearing serial number CBGB384; a Glock, model 19, 9 millimeter pistol, bearing serial number ABTL244; a Glock, model 43, 9 millimeter pistol, bearing serial number BBAP626; a Sig Sauer, model P320, 9 millimeter pistol, bearing serial number 58H076852; a Glock, model 43, 9 millimeter pistol, bearing serial number ADER051; a Sig Sauer, model P320, 9 millimeter pistol, bearing serial number M18A101018; a Smith & Wesson, model M&P 40 Shield, .40 caliber pistol, bearing serial number HAW4620; a Stoeger, model STR-9C, 9 millimeter pistol, bearing serial number T6429-21S20675; a Taurus, model G3c, 9 millimeter pistol, bearing serial number ACH140097; a Glock, model 17, 9 millimeter pistol, bearing serial number AFSY273; a Glock, model 19, 9 millimeter pistol, bearing serial number CBVA953; a Glock, model 17, 9 millimeter pistol, bearing serial number BFRB410; a Glock, model 48, 9 millimeter pistol, bearing serial number BKYU597; a Smith & Wesson, model SW40VE, .40 caliber pistol, bearing serial number DTT9267; a Smith & Wesson, model M&P 9 Shield, 9 millimeter pistol, bearing serial number

HYZ0228; an HS Produkt, model Hellcat, 9 millimeter pistol, bearing serial number BB192565; an HS Produkt, model XDM, .40 caliber pistol, bearing serial number MG289701; a Taurus, model PT111 Millennium G2, 9 millimeter pistol, bearing serial number TKU30350; a Glock, model 43X, 9 millimeter pistol, bearing serial number BTGC189; a Smith & Wesson, model 42, .38 caliber revolver, bearing serial number 16362; a Smith & Wesson, model SW40VE, .40 caliber pistol, bearing serial number DXA0101; a Taurus, model GX4, 9 millimeter pistol, bearing serial number 1GA73760; a Smith & Wesson, model M&P 45 Shield, .45 caliber pistol, bearing serial number HUB5601; a Ruger, Model LCP II, .380 caliber pistol, bearing serial number 380609706; a Glock, model 48, 9 millimeter pistol, bearing serial number BKMV144; a Glock, model 26, 9 millimeter pistol, bearing serial number VCZ160; a Taurus, model G2C, 9 millimeter pistol, bearing serial number TMW76065; a Glock, model 23, .40 caliber pistol, bearing serial number FHG482; a Smith & Wesson, model M&P 9 Shield, 9 millimeter pistol, bearing serial number JBV9885; an FN, model 509, 9 millimeter pistol, bearing serial number GKS0185799; a Glock, model 19X, 9 millimeter pistol, bearing serial number BURM452; a Stoeger, model STR-9, 9 millimeter pistol, bearing serial number T6429-21U12019; an HS Produkt, model XD9, 9 millimeter pistol, bearing serial number BA150108; an HS Produkt, model XDS, 9 millimeter pistol, bearing serial number BB295666; a Taurus, model G2c, 9 millimeter pistol, bearing serial number TMA69477; a Rock River Arms Inc., model LAR 15, 5.56 caliber short barrel rifle, bearing serial number AP127614; an Anderson Manufacturing, model AM-15, multi-caliber rifle, bearing serial number 18176785; a Bersa, model BAR9, 9 millimeter pistol, bearing serial number ABA0430; an HS Produkt, model XDE, .45 caliber pistol, bearing serial number HE111742; a Smith & Wesson, model M&P 9 Shield, 9 millimeter pistol, bearing serial number NKC2123; a Just Right Carbines, model J R Carbine, 9 millimeter rifle, bearing serial number JRCV096428; a Chiappa Firearms LTD, model 1911-22, .22 caliber pistol, bearing serial number 13G05528; a

Ruger, model LCP, .380 caliber pistol, bearing serial number 371034778; a Glock, model 43, 9 millimeter pistol, bearing serial number BHYN001; a Taurus, model 85, .38 special revolver, bearing serial number IW73012; a Taurus, model PT111 G2c, 9 millimeter pistol, bearing serial number ADB015371; an HS Produkt, model XD9, 9 millimeter pistol, bearing serial number BB518774; a Glock Switch; a Tisas, model PX-5.7, 5.7 caliber pistol, bearing serial number T0620-24DJ06300; a Glock, model 17, 9 millimeter pistol, bearing serial number BUAK012; a Glock, model 48, 9 millimeter pistol, bearing serial number BWDW354; a Smith & Wesson, model M&P 380 Shield, .380 caliber pistol, bearing serial number NMX5564; a Derya, model DY9, 9 millimeter pistol, bearing serial number TG970-24L21979; a Glock, model 19, 9 millimeter pistol, bearing serial number BSXD429; a Smith & Wesson, model M&P 9C, 9 millimeter pistol, bearing serial number HZR2303; a Ruger, model P95, 9 millimeter pistol, bearing serial number 317-62932; a Glock, model 43X, 9 millimeter pistol, bearing serial number CEFN564; an FN, model 509, 9 millimeter pistol, bearing serial number GKS0262328; a silencer; and assorted ammunition.

A TRUE BILL.

_Michael A. Bennett (signature)_

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:APG:05/06/2025

**UNITED STATES OF AMERICA v. MARK FOSTER, JR. and DEVANTE RICE**

## P E N A L T I E S

| | |
|---|---|
| Count 1: | NL 10 yrs./NM Life/$10,000,000/both/NL 5yrs. Supervised Release (methamphetamine) |
| | (NL 15 yrs./NM Life/$20,000,000/both/NL 10 yrs./NM Life Supervised Release (with notice of one prior conviction)) |
| | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4yrs. Supervised Release (fentanyl) |
| | (NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs./NM Life Supervised Release with notice of one prior conviction) |
| Counts 2, 6, | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4yrs. Supervised Release (each count) |
| 10, 14, 16, 20, | (NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs./NM Life Supervised Release with notice of one prior conviction) |
| 25, 30: | (each count) |
| Counts 3, 8, 9, | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| 11, 12, 13, 15, | |
| 18, 19, 21, 23, | |
| 24, 27, 28, 29, | |
| 31, 32, 33, 38, | |
| 39, 40, 44, 45: | |
| Count 4: | NL 5 yrs./NM 40 yrs./$5,000,000/both/NL 4yrs. Supervised Release (fentanyl) |
| | (NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs./NM Life Supervised Release with notice of one prior conviction) |
| | NM 20 yrs./$1,000,000/both/NL 3yrs. Supervised Release (heroin) |
| | (NM 30 yrs./$2,000,000/both/NL 6 yrs. Supervised Release with notice of one prior conviction) |
| Counts 36, 41: | NM 20 yrs./$1,000,000/both/NL 3yrs. Supervised Release (each count) |
| | (NM 30 yrs./$2,000,000/both/NL 6 yrs. Supervised Release with notice of one prior conviction) (each count) |
| Counts 5, 7, | NL 5 years consecutive/$250,000/both/NM 5 yrs. Supervised Release (each count) |
| 17, 22, 26, 37: | |
| Counts 34, 35: | NM 10 yrs./NM $10,000/both/NM 3 yrs. Supervised Release (each count) |
| Count 42: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Count 43: | NL 30 yrs./NM Life/$250,000/both/NM 5 yrs. Supervised Release |
| FORFEITURE | |

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

**PENALTIES** of:

10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2.      Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.      Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.      Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.